## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL D. BONTY,** | ) | |
| **Petitioner,** | ) ) ) | |
| vs. | ) ) | CIVIL NO. 08-652-MJR |
| **UNITED STATES OF AMERICA,** | ) ) ) | |
| **Respondent.** | ) | |

## JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of *audita querela*. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of *audita querela* is summarily dismissed with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| February 24, 2009 | By: | s/ Michael J. Reagan |
| *Date* | | *District Judge* |